BLANCA B. SINGER, Appellant, v. ERIC RICHARD SINGER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of ELIZABETH BATES DA GAMA, Deceased. MORRIS R. VOLCK, JR., and ARCHIBALD A. GULICK, Respondents; ADALBERT GEORGE VOLCK, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse. The date for the examination to proceed to be fixed in the order. Settle order on notice.

LENA HERRICK, Appellant, v. WILLIAM C. HERRICK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellant, v. LOUIS V. BECKER, Defendant, Impleaded with ROSALIND SCHLOSSBERG, Respondent. (Action No. 1.) ROSALIND SCHLOSSBERG, Respondent, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LIMITED, Appellant. (Action No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

RALPH P. THOMAS, Respondent, v. JAMES W. STEWART, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRY B. CHAMBERS and HARRY H. CHAMBERS, Practicing Law under the Firm Name and Style of CHAMBERS & CHAMBERS, Respondents, v. B. ARNOLD CHAMBERS and GERALD H. CHAMBERS, Practicing Law under the Firm Name and Style of CHAMBERS & CHAMBERS, Appellants.— Order unanimously modified by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL H. HENIS, Respondent, v. CHARLES SHANKROFF, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of A. EDWARD UNGAR, Appellant, for an Order Punishing FRANK J. TAYLOR, Comptroller of the City of New York, and ADOLPH A. BERLE, JR., Respondents, as and for Contempt of Court.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BERNARD GRODSKY, Respondent, v. 3 WEST 192ND STREET REALTY CORPORATION, Defendant, Impleaded with BELMAR HOLDING CORPORATION, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.